UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dave Easley,

    Plaintiff,

        v.                     Case No.   1:16cv338

Randy Ricky Cooper, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on September 21, 2016 (Doc. 28).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 28) of the Magistrate Judge is hereby **ADOPTED**. Defendants' Motion to Strike (Doc. 25) is **DENIED** and Plaintiff's Motion to Supplement the Complaint and for Injunctive Relief (Doc. 17) is **DENIED.**

    IT IS SO ORDERED.

                                  *s/Michael R. Barrett*
                                  Michael R. Barrett
                                  United States District Judge