**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Dave Easley,

      Plaintiff,

          v.                              Case No.   1:16cv338

Randy Ricky Cooper, *et al.*,                 Judge Michael R. Barrett

      Defendants.

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 16, 2017 (Doc. 40).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.   *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's Report and Recommendation (Doc. 40) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 40) of the Magistrate Judge is hereby **ADOPTED.**     Plaintiff's Motions to Compel (Doc. 36) Motion for Default Judgment (Doc. 35) are **DENIED.**

      **IT IS SO ORDERED.**

                                        *s/Michael R. Barrett*
                                  Michael R. Barrett
                                  United States District Judge